Leslie Newton, Plaintiff, Counterdefendant-Appellee, v. Lyle B. Moushon, Trading as Moushon Construction Company, Defendant, Counterclaimant-Appellant.

Gen. No. 9,974.

Third District.

February 18, 1955.

Rehearing denied March 29, 1955.

Released for publication March 29, 1955.

William G.

<span style="background:black"></span>

Vogt, for appellant; Richard W. Husted, for appellee; Tom Roady, Jr., of counsel. Opinion by JUSTICE HIBBS. **Not to be published in full.**